Elbert SMITH, Plaintiff-Appellant,

v.

Sue BUNCH, Mailroom Clerk; Teresa Pease, Mailroom Associate; Randall C. Mathena, Warden of Red Onion State Prison; George M. Hinkle, Re-

gional Administrator for the Western Region of Virginia; Harold W. Clarke, Director of Virginia Department of Corrections, Defendants-Appellees.

No. 16-7124

United States Court of Appeals, Fourth Circuit.

Submitted: December 15, 2016

Decided: December 21, 2016

Elbert Smith, Appellant Pro Se.

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elbert Smith appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint, as amended, after conducting review pursuant to 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smith v. Bunch, No. 7:15-cv-00491-JPJ-RSB, 2016 WL 3963240 (W.D. Va. July 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED